IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROYLEE SMITH,<br><br>Plaintiff,<br><br>v.<br><br>SIZEMORE, INC.,<br><br>Defendant. | Civil Action No.<br><br>5:21-cv-00360-TES<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Roylee Smith and Defendant Sizemore, Inc, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action.  All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

1

Respectfully submitted this 21th day of January, 2022.

| **BARRETT & FARAHANY LLC** | **GOODMAN MCGUFFEY LLP** |
|---|---|
| s/ *V. Severin Roberts* | s/ *Robert A. Luskin* |
| V. Severin Roberts | Robert A. Luskin |
| Georgia Bar No. 940504 | Georgia Bar No. 004383 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| 1100 Peachtree Street, Suite 500 | 3340 Peachtree Road NE, Suite 2100 |
| Atlanta, Georgia 30309 | Atlanta, GA 30326-1084 |
| (404) 214-0120 | (404) 264-1500 |
| severin@justiceatwork.com | rluskin@GM-LLP.com |

IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROYLEE SMITH,<br><br>Plaintiff,<br><br>v.<br><br>SIZEMORE, INC.,<br><br>Defendant. | Civil Action No.<br><br>5:21-cv-00360-TES<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 21th day of January, 2022.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504